# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: EDWARD P. CORMICAN § Case No. 06-71724
      CHERYL A. CORMICAN §
                                §
          Debtors §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/21/2006.

2) The plan was confirmed on 12/15/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 09/28/2009.

6) Number of months from filing or conversion to last payment: 36.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $46,150.00.

10) Amount of unsecured claims discharged without full payment: $86,092.36.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 11,340.00 |
| Less amount refunded to debtor | $ 0.00 |
| **NET RECEIPTS** | $ 11,340.00 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,996.50 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 753.91 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,750.41 |
| Attorney fees paid and disclosed by debtor: | $ 1,116.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY MARK E ZALESKI | Lgl | 2,500.00 | 3,112.50 | 3,112.50 | 1,996.50 | 0.00 |
| CITIZENS STATE BANK | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 1,465.00 | 1,465.86 | 1,465.86 | 175.56 | 0.00 |
| AMERICAN EXPRESS CENTURION | Uns | 2,833.00 | 2,833.03 | 2,833.03 | 339.30 | 0.00 |
| AMERICAN GENERAL FINANCE | Uns | 557.00 | 806.50 | 806.50 | 96.59 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 521.00 | 463.58 | 463.58 | 55.52 | 0.00 |
| ASSOCIATED ST. JAMES | Uns | 230.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 4,236.00 | 4,579.31 | 4,579.31 | 548.44 | 0.00 |
| CASTILIAN MUSIC | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| CHGO HTS MED CONSULTANTS | Uns | 675.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO HEIGHTS - FIRE DEPT. | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 275.00 | 275.00 | 275.00 | 32.94 | 0.00 |
| DISH NETWORK | Uns | 46.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 139.00 | 138.90 | 138.90 | 16.63 | 0.00 |
| FREEPORT HEALTH NETWORK | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 5,750.00 | 730.00 | 730.00 | 87.43 | 0.00 |
| ILLINOIS/INDIANA EMERGENCY | Uns | 156.00 | NA | NA | 0.00 | 0.00 |
| INDIANA DEPARTMENT OF | Pri | 293.00 | 3,679.35 | 3,679.35 | 3,679.35 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Case 06-71724    Doc 40    Filed 01/29/10    Entered 01/29/10 08:26:40    Desc Main
                              Document      Page 3 of 6

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| INDIANA DEPARTMENT OF | Uns | 0.00 | 746.00 | 746.00 | 89.35 | 0.00 |
| INDIANA INSTITUTE OF | Uns | 35.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSP. | Uns | 360.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 1,404.26 | 1,672.54 | 1,672.54 | 200.31 | 0.00 |
| LENA STATE BANK | Uns | 1,600.00 | NA | NA | 0.00 | 0.00 |
| LOWELL HIGH SCHOOL | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| LUNDHOLM SURGICAL GROUP, | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| MCI RESIDENTIAL SERVICE | Uns | 374.00 | NA | NA | 0.00 | 0.00 |
| MEDTRUST HEALTHCARE | Uns | 325.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT AUDIT CORP. | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS IMAGING | Uns | 5,334.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| PORTER HEALTH SYSTEMS INC | Uns | 1,850.00 | 1,840.59 | 1,840.59 | 220.44 | 0.00 |
| PRAMOD K. ANAND, M.D. | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| PRIMECO PERSONAL | Uns | 5.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Uns | 4,940.00 | 4,856.09 | 4,856.09 | 581.58 | 0.00 |
| RADIOLOGIC ASSOCIATES NW IN | Uns | 235.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSUTANTS OF | Uns | 1,430.00 | NA | NA | 0.00 | 0.00 |
| SMITS FUNERAL HOMES, LTD | Uns | 14,350.00 | NA | NA | 0.00 | 0.00 |
| ST. JAMES HOSPITAL | Uns | 17,000.00 | NA | NA | 0.00 | 0.00 |
| ST. MARGARET MERCY HOSPITAL | Uns | 350.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN HEIGHTS MEDICAL | Uns | 650.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 325.00 | NA | NA | 0.00 | 0.00 |
| TERESA BURTON | Uns | 6,000.00 | 7,868.02 | 7,868.02 | 942.30 | 0.00 |
| THE MONROE CLINIC | Uns | 225.00 | NA | NA | 0.00 | 0.00 |
| UNITY PHYSICIAN GROUP | Uns | 490.00 | NA | NA | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Uns | 350.00 | 334.11 | 334.11 | 40.02 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 6,764.06 | 6,764.06 | 810.09 | 0.00 |
| RADIOLOGIC ASSOCIATES NW IN | Uns | 0.00 | 231.00 | 231.00 | 27.67 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 0.00 | 1,278.00 | 1,278.00 | 153.05 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 0.00 | 1,276.00 | 1,276.00 | 152.81 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 0.00 | 295.00 | 295.00 | 35.33 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 0.00 | 304.00 | 304.00 | 36.41 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 0.00 | 534.26 | 534.26 | 63.98 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TRI STATE ADJUSTMENTS | Uns | 0.00 | 38.00 | 38.00 | 4.55 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 0.00 | 41.20 | 41.20 | 4.93 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 0.00 | 38.00 | 38.00 | 4.55 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 0.00 | 179.00 | 179.00 | 21.43 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 0.00 | 301.53 | 301.53 | 36.11 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 0.00 | 53.90 | 53.90 | 6.45 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 0.00 | 130.20 | 130.20 | 15.59 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 0.00 | 551.60 | 551.60 | 66.06 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 374.32 | 374.32 | 44.82 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 3,679.35 | $ 3,679.35 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 3,679.35 | $ 3,679.35 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 40,999.60 | $ 4,910.24 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 2,750.41 |
| Disbursements to Creditors | $ 8,589.59 |
| **TOTAL DISBURSEMENTS:** | $ 11,340.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  01/26/2010             By:  /s/ Lydia S. Meyer
                                                  Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)